IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) <br> ) <br> KATRINN BOWDEN MEEKER, DEBTOR ) <br> ) <br> ) <br> CHAPTER 13 | Bankruptcy Case: 10-04927 MAM |

| | |
|---|---|
| KATRINN BOWDEN MEEKER, DEBTOR ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> SIROTE & PERMUTT PC, LENDER ) <br> PROCESSING SERVICES, INC., LPS ) <br> DEFAULT SOLUTIONS, LLC ) | Adversary Proceeding Number: 11:00040 |

## LENDER PROCESSING SERVICES, INC. AND LPS DEFAULT SOLUTIONS, LLC'S MOTION FOR SUMMARY JUDGMENT

COME NOW, the Defendants, **Lender Processing Services, Inc.** [1] **and LPS Default Solutions, Inc.** (unless individually identified, hereinafter collectively referred to as "LPS") file this their Motion for Summary Judgment. As grounds for this Motion, the Defendants state as follows:

1. Plaintiff filed this adversary proceeding against three parties, which include LPS. Plaintiff's claims arise out of her contention that the attorneys fees paid to Defendant Sirote & Permutt, P.C. related to this particular Debtors' bankruptcy case allegedly were "split" among the Defendants and that LPS was engaged in the

---

[1] LPS Default Solutions, Inc. is an indirect subsidiary of Lender Processing Services, Inc.

unauthorized practice of law. LPS expressly denies these allegations and demands strict proof thereof.

2. As is more fully set out in the Affidavit of Michael Cloin ("Exhibit A") and in LPS's Memorandum Brief submitted in support thereof and incorporated herein by reference; LPS was not involved with this Debtor's mortgage or bankruptcy, LPS has not "referred" this matter to Sirote, and LPS has not provided Sirote with any technology or administrative services related to this Debtor's bankruptcy. As such, LPS is entitled to summary judgment on all claims.

3. LPS also adopts and incorporates Co-Defendant, Sirote & Permutt P.C.'s Motion for Summary Judgment, as if fully set out herein.

**WHEREFORE, PREMISES CONSIDERED,** and as more fully developed in the Memorandum of Law submitted herewith, LPS requests the Court to grant summary judgment in its favor and to order that all claims against Defendants Lender Processing Services, Inc. and LPS Default Solutions, Inc. be dismissed as a matter of law. LPS requests the adversary proceeding be dismissed with prejudice, with costs charged to Plaintiffs and such other relief as the Court deems just and proper.[2] There being no just reason for delay, LPS requests this Court issue a final Order pursuant to Rules 54 and 56 of the Federal Rules of Civil Procedure.

                      Respectfully Submitted,
                      LENDER PROCESSING SERVICES, INC. and LPS DEFAULT SOLUTIONS

                      *s/ Eris Bryan Paul*
                      Robert M. Girardeau (GIR001)

---

[2] Including, but not limited to any relief available under Fed.R.Civ.P. 11 and the Alabama Litigation Accountability Act.

Eris Bryan Paul (PAU014)
Attorneys for Defendants,

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 24th day of May, 2011 filed the attached via the Court's Electronic Filing System, which delivered notice of same to all counsel of record including the following:

S. Nick Wooten, Esq.
PO Box 3389
Auburn, AL 36831

Wesley H. Blacksher, Esq.
Blacksher & Haerrington, LLC
401 Church Street
Mobile, Al 36602

D.W. Grimsley, Jr. Esq.
PO Box 2207
Foley, AL 36536

Peter J. Mougey, Esq.
Levin, Panantonio, et al.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996

*s/ Eris Bryan Paul*