IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:

Katrina Bowden Meeker,  Case No.: 10-04927
    Debtor.  Chapter 13 Case

Katrina Bowden Meeker,
    Plaintiff,

v.  Adversary Proceeding Case
No.: 11-00040

Sirote & Permutt, PC
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC
    Defendants.

---

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSONS FOR A SPECIFIC PURPOSE**

---

STATE OF ALABAMA:
MOBILE COUNTY:

    Before me the undersigned authority, a notary public for the State of Alabama at Large, did personally appear Wesley H. Blacksher, who being duly sworn by me, deposses and says under oath the following:

    My name is Wesley H. Blacksher. I am an attorney, duly admitted to practice in the states of Alabama and Mississippi, and duly admitted to all courts thereof. My firm, Blacksher & Herrington, LLC is located at 401 Church Street, Mobile, Alabama 36602.

    I am Ms. Meeker's attorney in her Chapter 13 case in the Southern District of Alabama having case number 10-04927.

    I have no connection with the Trustee, any creditor, the Bankruptcy Administrator, or any other parties in interest, other than with the representation of the Debtor in her Chapter 13 case, as mentioned above and this adversarial proceeding.

FURTHER AFFIANT SAYETH NOT

_____
Wesley H. Blacksher, Esq.

STATE OF ALABAMA:
MOBILE COUNTY:

    Before me the undersigned Notary Public, on the 12th day of July, 2011, personally appeared the Affiant, Wesley H. Blacksher, who is personally known to me and who being first duly sworn, subscribed did affix his signature to the above listed Affidavit.

_____
My Commission Expires: 6/8/2013