# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

In re:

| | |
|---|---|
| Katrina Bowden Meeker, Debtor | Case Number 10-04927MAM |
| | Chapter 13 |

Katrina Bowden Meeker, Debtor

       Plaintiff,

Vs.

                                    Adversary Proceeding Number:
                                           11-00040

Sirote & Permutt, PC,
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC

       Defendants,

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF PREFFESSIONAL PERSONS FOR A SPECIFIC PURPOSE

STATE OF ALABAMA )
)
JEFFERSON COUNTY )

Before me the undersigned authority, a notary pubic for the State of Alabama at large, did personally appear D. W. Grimsley, Jr., who being duly sworn by me, deposes and says under oath the following:

My name is D.W. Grimsley, Jr. I am an attorney, duly admitted to practice in the State of Alabama, and duly admitted to all courts thereof. My firm, Woolley, Edge and Grimsley, LLC has offices in Mobile, Birmingham and Fairhope. My office is located at 21 S. Section St. Fairhope, AL 36532.

I have been retained by Ms. Meeker in the above listed matter.

I have no connection with the Trustee, any creditor, the Bankruptcy Administrator, or any other parties in interest, the debtor, or their attorneys, other than with the representation of the debtor in the lawsuit for which I am seeking employment for this specific purpose.

**FURTHER AFFIANT SAYETH NOT.**

_____
D. W. GRIMSLEY, JR.
7/12/11

STATE OF ALABAMA )
)       **ACKNOWLEDGEMENT**
JEFFERSON COUNTY )

Before me the undersigned Notary Public, on the 12th day of July, 2011, personally appeared the Affiant, D. W. Grimsley, Jr., who is personally known to me and who being first duly sworn, subscribed did affix his signature to the above listed Affidavit.

