IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re:

Katrina Bowden Meeker, Debtor     **BANKRUPTCY CASE: 10-04927 MAM**

**CHAPTER 13**

=========================================================

Katrina Bowden Meeker, Debtor

Plaintiff,

vs.

Adv. Pro. No.: 11-00040-MAM

Sirote & Permutt PC,
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC

Defendants,

---

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY
FROM WELLS FARGO, N.A.**

---

Plaintiff, pursuant to Rule 37 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7037, hereby move the Court for an

Order compelling Wells Fargo Bank, N.A. ("Wells Fargo") to comply with discovery in the present matter. In support of the motion, the Plaintiff states as follows:

1. On or about September 9, 2011, Plaintiff served Wells Fargo with a Subpoena and Request for Production of Documents, attached as Exhibit A.

2. The Court held a hearing on October 25, 2011 to discuss the status of discovery and Ordered Plaintiff to file a Motion To Compel by October 31, 2011 on any unresolved discovery sought from Wells Fargo.

3. In the time following the October 25 hearing, the parties have further discussed discovery of Wells Fargo.

4. Wells Fargo has agreed to produce documents responsive to the Subpeona, except for its agreements with Vendorscape.

5. Wells Fargo's agreements with Vendorscape are central to the issues of discovery related to the Defendants' Motions for Summary Judgment in this proceeding. Among other things, Plaintiff believes that these agreements will help demonstrate how the fees collected from her bankruptcy were shared and may demonstrate that other third parties shared in the fees collected from her bankrupcy.

6. This Court has specifically Ordered in prior hearings that the plaintiff is to be allowed to conduct discovery regarding the role of Vendorscape in this proceeding and whether there is any integration between Vendorscape and the LPS defendants. A foundational fact relevant to the inquiry is the nature and scope of the agreement between Vendorscape and Wells Fargo and the scope of services provided by one to the other. The contract is the best evidence of the parties mutual agreements.

WHEREFORE, Plaintiff respectfully moves the Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an order requiring Wells Fargo to produce its agreements with Vendorscape on or before November 11, 2011.

Respectfully submitted this 31st day of October 2011.

/s/ Nick Wooten
Nick Wooten
Wooten Hood & Lay, LLC
P.O. Box 3389
Auburn, Alabama 36831
334 887 3000
334 821 7720
nhwooten@gmail.com

Peter J. Mougey
James L. Kauffman
Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502-5996
(850) 435-7068
pmougey@levinlaw.com
jkauffman@levinlaw.com

D.W. Grimsley, Jr., Esq.
P.O. Box 561
Fairhope, Al. 36533
205-581-0900
dwg@wegbk.com

Wesley H. Blacksher, Esq.
Blacksher & Herrington, LLC
401 Church Street
Mobile, Alabama 36602
251-432-1010
Fax: 251-432-3010
blacksherw@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the foregoing upon the parties and the US Trustee on this the 31st day of October 2011 by use of the ECF system.

Attorneys for Defendants, Lender Processing Services, Inc. and LPS Default Solutions, Inc.

Robert M. Girardeau (GIR001)
Eris Bryan Paul (PAU014)
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Telecopier: (205) 251-1256

Lawrence B. Voit
Alexandra K. Garrett
SILVER, VOIT & THOMPSON, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: (251) 343-0800
Telecopier: (251) 343-0862

Attorneys for Sirote & Permutt, P.C.

JEFFERY J. HARTLEY (HARTJ4885)
D. ANDREW STIVENDER (STIVD4909)
HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax
Email jjh@helmsinglaw.com
das@helmsinglaw.com

James H. White IV
D. Keith Andress
Baker, Donelson, Bearman
Caldwell & Berkowitz, P.C.
420 North 20th Street, Suite 1600
Birmingham, AL 35203-5202
Tel.: (205) 250-8369
Fax.: (205) 488-3769
jwhite@bakerdonelson.com
**Counsel for Wells Fargo**

                                        */s/ Nick Wooten*
                                        Counsel for the Class